O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO FIERROS,<br><br>        Petitioner,<br><br>    v.<br><br>JEFFREY BEARD,<br><br>        Respondent. | Case No. LA CV 15-6085 CBM (JCG)<br><br>**ORDER SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE AND DENYING CERTIFICATE OF APPEALABILITY** |

     On August 11, 2015, petitioner Orlando Fierros ("Petitioner"), a California prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition"). [Dkt. No. 1.] Notably, it is his second federal petition challenging a 1996 state court conviction for, *e.g*, rape, robbery, and false imprisonment. (Pet. at 2.) Petitioner has consented to the Magistrate Judge's jurisdiction and is the only party who has appeared in this action. [*See* Dkt. No. 2.] Accordingly, and for the reasons discussed below, the Court finds that the Petition is an unauthorized "second or successive" petition, and summarily dismisses this action without prejudice for lack of jurisdiction. *See* 28 U.S.C. 2244(b); *Wilhelm v. Rotman*, 680 F.3d 1113, 1119-21 (9th Cir. 2012) (holding that magistrate judge had jurisdiction to dismiss action where prisoner consented and

was only party to action); *Holloway v. Price*, 2013 WL 6145150 (C.D. Cal. Nov. 21, 2013) (magistrate judge's summary dismissal of successive habeas petition).

By way of background, Petitioner first challenged his conviction in 1999. (*See* C.D. Cal. Case No. 99-2535 CBM (JWJ), Dkt. No. 1.) That petition was denied. (*See id.*, Dkt. Nos. 36, 38, 39.) Petitioner's subsequent requests for a Certificate of Appealability were denied by both this Court and the Ninth Circuit Court of Appeals. (*See id.*, Dkt. Nos. 43, 65.)

Now, Petitioner has filed the instant Petition, in which he *again* challenges his 1996 conviction. (Pet. at 1.)

However, Petitioner has failed to obtain the Ninth Circuit's authorization to file a "second or successive" petition. *See* 28 U.S.C. § 2244(b).

For the foregoing reasons, **IT IS ORDERED THAT** this action be **SUMMARILY DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Additionally, for the reasons stated above, the Court finds that Petitioner has not shown that reasonable jurists would find it debatable whether this Court was correct in its procedural ruling. *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000). The Court thus **DECLINES** to issue a certificate of appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  August 19, 2015          _____
                                           HON. JAY C. GANDHI
                                 UNITED STATES MAGISTRATE JUDGE

2