JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ORLANDO FIERROS, | ) | Case No. LA CV 15-6085 CBM (JCG) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JEFFREY BEARD, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED:  August 19, 2015

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE