**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORLANDO FIERROS,<br><br>        Petitioner,<br><br>  v.<br><br>JEFFREY BEARD,<br><br>        Respondent. | NO. CV 15-6085-CBM(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: JULY 1, 2019.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE